

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00466-CV

Felix **LUERA**, Jr. and Bianca Luera,
Appellants

v.

**BASIC ENERGY SERVICES, INC.**, Basic Energy Services, L.P., ARI Fleet Services, Inc.
D/B/A ARI Fleet LT and Servando Garcia,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-06-52391-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On August 24, 2015, we ordered the trial court clerk to file a supplemental clerk's record that contained the documents required by Texas Rule of Appellate Procedure 34.5(a). On September 14, 2015, the trial court clerk filed a notification of late record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellants are not entitled to appeal without paying the fee.

We, therefore, ORDER appellants to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court